IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                    CHAPTER 7
BRUCE W. RABER, SR.
CATHERINE J.M. RABER            CASE NO.: 11-00932-MGW
Debtors
_____/

## REPORT AND NOTICE OF INTENT TO SELL
## PROPERTY OF THE ESTATE, "AS IS, IN ITS PRESENT CONDITION"

To:     Creditors, Debtors and Parties in Interest

---

***IMPORTANT NOTICE TO ALL CREDITORS AND INTERESTED PARTIES***

**WRITTEN OBJECTIONS TO THE REPORT, IF ANY, ARE TO BE FILED WITH THE CLERK, U.S. BANKRUTPCY COURT, 801 N. FLORIDA AVE., #555, TAMPA, FLORIDA 33602, AND SERVE COPIES ON THE U.S. TRUSTEE, 501 E. POLK ST., SUITE 1200, TAMPA, FL 33602 TRUSTEE, NICOLE M. CAMERON, 235 APOLLO BEACH BLVD., #231, APOLLO BEACH, FL 33572.**

**THE OBJECTION TO THE SALE SHALL STATE THE REASONS FOR THE OBJECTION AND SHALL INCLUDE A REQUEST FOR A HEARING ON THE OBJECTION. IF NO OBJECTION IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE, THE TRUSTEE WILL COMPLETE THIS SALE ON THE TERMS SET FORTH BELOW WITHOUT FURTHER NOTICE OF HEARING PURSUANT TO LOCAL BANKRUPTCY RULE 6004-1**

---

NICOLE M. CAMERON, the Trustee duly appointed and acting for the above captioned estate reports that she intends to sell on or after 21 days from the date of service, the following property of the estate of the Debtors, under the terms and conditions set forth below.

1. Description of Property:     Bankruptcy Estate's interest in real property located at: 14149 Andrew Scott Road, Spring Hill, Florida, 34609 and more particularly described as: Lot 84, Pristine Place, Phase Two, according to the plat thereof as recorded in Plat Book 30, Page(s) 32 and 33, of the Public Records of Hernando County, Florida; and any fixtures and non-exempt appliances contained therein.

1. Manner of Sale:            Private

2. Terms of Sale:             Cash

To: SLG Trustee Services as trustee of the 14149 Andrew Scott Rd. Land Trust

3. Sale Price: $1,550.00

4. All right, title, and interest of bankruptcy estate, if any.

5. This property is being sold "As, Is, where Is" with no warranties of any kind. The Trustee makes no representation or warranty of no liens. Any lienors the Trustee believes to be existing are listed below:

| Lienholder | Amount | Nature of Secured Interest |
|---|---|---|
| Sun Trust Mtg.<br>PO Box 26149<br>Richmond, VA 23260 | $300,314.00* | (1st mortgage)* |
| CIT Small Business Ldg<br>P.O. Box 1529<br>Livingston, NJ 07039 | $227,600.00* | (2nd mortgage)* |

*as per the Debtor(s) bankruptcy schedules.

It is the buyer's responsibility to examine title or otherwise identify any encumbrances not disclosed. **The foregoing sale is subject to all consensual and non-consensual liens and encumbrances as indicated on the Debtors' bankruptcy schedules, and any and all known and unknown liens, including IRS and/or other delinquent taxes.**

6. In the case of private sales, the Trustee will entertain any higher bids for the purchase of the assets of the Debtors which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business on 21 days from the date of service. The Trustee will only accept higher bids in increments of $500.00. If more than one bid has been received, a telephone auction will occur among the bidders on the earliest date the Trustee can arrange the auction, after said twenty one (21) days.

Dated: <u>October 12, 2011</u>

          /s/ Nicole M. Cameron
NICOLE M. CAMERON, TRUSTEE
Florida Bar #0036860
235 APOLLO BEACH BLVD., #231
APOLLO BEACH, FL 33572
(813) 645-8787
trustee@tampabay.rr.com